UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GUARANTEE COMPANY OF NORTH, AMERICA USA <br>     Plaintiff(s), <br><br> vs. <br><br> MIDDLETON BROTHER, INC, et al,, <br><br>     Defendant(s). | ) ) ) ) ) ) ) ) ) )     Case No. 1:10CV00011SNLJ |

## **ORDER**

Upon review of the Court file, the Court notes that since the filing of the return of proof of service upon defendants **D. Martin Enterprises, Inc.** and **Sharolyn S. Martin** on **May 17, 2010**, neither has filed a responsive pleading or otherwise made an appearance.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this   12th   day of January, 2011.

                                                   _____
                                                 STEPHEN N. LIMBAUGH, JR.
                                                 UNITED STATES DISTRICT JUDGE