UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA, USA, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 1:10CV11 SNLJ |
| MIDDLETON BROTHERS, INC., et al., ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on two motions.

First, plaintiff filed a Motion for Leave to File an Amended Complaint and to Join Additional Parties (#48) on January 3, 2011. No objections having been filed thereto, plaintiff's Motion is hereby **GRANTED**.

Second, plaintiff filed a Motion to Strike The Additional Exhibits Filed by Purported Intervener Defendant Carolina Casualty Company (#53) on January 11, 2011. As the "additional exhibits" related to a motion to intervene that was denied on January 12, 2011 (#54), plaintiff's Motion is hereby **DENIED** as moot.

So ordered this   2nd   day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE